

1　PHILLIP A. TALBERT
　　United States Attorney
2　DHRUV M. SHARMA
　　Assistant United States Attorney
3　501 I Street, Suite 10-100
　　Sacramento, CA 95814
4　Telephone:　(916) 554-2700
　　Facsimile:　(916) 554-2900
5

6　Attorneys for Plaintiff
　　United States of America
7

8　　　　　　　　　IN THE UNITED STATES DISTRICT COURT

9　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA

10

11　In the Matter of the Search of:　　　　CASE NO.　2:23-sw-1207 AC

12　INFORMATION ASSOCIATED WITH　　　[PROPOSED] ORDER COMMANDING YAHOO
　　　MSCOTT0223@YAHOO.COM THAT IS　　INC. NOT TO NOTIFY ANY PERSON OF THE
13　STORED AT PREMISES CONTROLLED BY　EXISTENCE OF WARRANT
　　　YAHOO INC.
14
　　　　　　　　　　　　　　　　　　　　　　**UNDER SEAL**
15

16

17　　　　　　The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18　the Court issue an Order commanding YAHOO INC., an electronic communication service provider

19　and/or a remote computing service, not to notify any person (including the subscribers and customers of

20　the account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days

21　from the date of this Order.

22　　　　　　The Court determines that there is reason to believe that notification of the existence of the

23　attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

24　targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

25　change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an

26　individual.　*See* 18 U.S.C. § 2705(b).

27　　　　　　IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO INC. shall not disclose

28　the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other

[PROPOSED] ORDER

1

1    person, for 180 days from the date of this order, except that YAHOO INC. may disclose the attached

2    warrant to an attorney for YAHOO INC. for the purpose of receiving legal advice.

3           IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4    ordered by the Court.

5

6

7    Dated:    November 29, 2023

8                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28