1  PHILLIP A. TALBERT
   United States Attorney
2  DHRUV M. SHARMA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

```
FILED
Jul 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH MSCOTT0223@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO INC. | [PROPOSED] ORDER TO UNSEAL § 2703(d) APPLICATION AND ORDER, AND SEARCH WARRANT APPLICATIONS AND SEARCH WARRANTS<br><br>2:23-SW-1207 AC |
| In the Matter of the Search of:<br><br>8810 N. Winding Way, Fair Oaks, CA 95628, and the person of MICHAEL ANDREW SCOTT | 2:24-SW-0387 CSK |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703 (d) TO META PLATFORMS, INC. AND META PAYMENTS INC. FOR INFORMATION RELATED TO THE FACEBOOK ACCOUNT IDENTIFIED BT NAME MICHAEL ANDREW | 2:23-SW-1113 CKD |

26  //

27  //

28

[PROPOSED] ORDER TO UNSEAL

1 | Upon application of the United States of America and good cause having been shown,

2 |     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: July 3, 2024

*/s/ Jeremy D. Peterson*
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL